```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22840
   JAMES E JACKSON
   THURMON L JACKSON                          CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5118    SSN XXX-XX-4456

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 07/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED          .00            .00
DEUTSCHE BANK/LITTON LOA  NOTICE ONLY    NOT FILED          .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE  13900.61           .00            .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC  10425.00        230.04        1045.27
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00           .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       .00           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        1432.06           .00            .00
ILLINOIS DEPT OF REV      NOTICE ONLY    NOT FILED          .00            .00
AMC MORTGAGE SERVICES     UNSEC W/INTER  NOT FILED          .00            .00
AMERICAS SERVICING COMPA  UNSEC W/INTER  NOT FILED          .00            .00
BUREAU OF COLLECTION REC  UNSEC W/INTER  NOT FILED          .00            .00
HOUSEHOLD FINANCE CORPOR  UNSEC W/INTER  12479.55           .00            .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED          .00            .00
CAPITAL ONE AUTO FINANCE  UNSEC W/INTER  NOT FILED          .00            .00
CHASE MANHATTAN MTG CORP  NOTICE ONLY    NOT FILED          .00            .00
CITIBANK USA              UNSEC W/INTER  NOT FILED          .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     572.97          .00            .00
COUNTRYWIDE HOME LENDING  UNSEC W/INTER  NOT FILED          .00            .00
FIRST CONSUMERS NATIONAL  UNSEC W/INTER  NOT FILED          .00            .00
GUARANTY BANK             UNSEC W/INTER  NOT FILED          .00            .00
HSBC                      UNSEC W/INTER   1209.13           .00            .00
HSBC                      UNSEC W/INTER   1025.42           .00            .00
ECAST SETTLEMENT          UNSEC W/INTER    509.00           .00            .00
RECOVERY MANAGEMENT SYST  UNSEC W/INTER     98.58           .00            .00
MONTGOMERY WARD           UNSEC W/INTER  NOT FILED          .00            .00
NATIONAL CITY BANK ~      UNSEC W/INTER  NOT FILED          .00            .00
NEW CENTURY MORTGAGE COR  UNSEC W/INTER  NOT FILED          .00            .00
NICOR GAS                 UNSEC W/INTER  NOT FILED          .00            .00
OPTION ONE MORTGAGE       UNSEC W/INTER  NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22840 JAMES E JACKSON & THURMON L JACKSON
```

```
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      282.37           .00           .00
TOYOTA MOTOR CREDIT CORP  UNSEC W/INTER NOT FILED             .00           .00
UNION CR NB               UNSEC W/INTER NOT FILED             .00           .00
WILSHIRE MTG              UNSEC W/INTER NOT FILED             .00           .00
WIX AUTO CO               UNSEC W/INTER NOT FILED             .00           .00
WELLS FARGO AUTO FINANCE  UNSEC W/INTER     2302.99           .00           .00
MAX RECOVERY              UNSEC W/INTER     2209.23           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED          297.85           .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,874.00                         .00
TOM VAUGHN                TRUSTEE                                        104.69
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,380.00

PRIORITY                                            .00
SECURED                                        1,045.27
    INTEREST                                     230.04
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             104.69
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                  1,380.00               1,380.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 10/22/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 22840 JAMES E JACKSON & THURMON L JACKSON